STATE EX REL LYONS INDEPENDENT CONSOLIDATED
DISTRICT NO. 3, Respondent, v. ANDERSON, Appellant.

(172 N. W. 780).

(File No. 4509.  Opinion filed June 3, 1919.)

**Appeals—Error—No Appeal · Record or Brief—Successive Stipulations—Affirmance.**

Where notice of appeal was filed in December, 1918, followed by four filed stipulations for service and filing of appellants briefs extending time to May 1, 1919, no appeal record on briefs having been filed, and no stipulation for further extension; order appealed from will be affirmed.

Appeal from Circuit Court, Minnehaha County.  HON. LOUIS L. FLEEGER, Judge.

Proceeding in mandamus by the State of South Dakota on the relation of Lyons Independent Consolidated District No. 3, a school corporation, against Josephine Anderson. From an order overruling demurrer to plaintiff's alternative writ of mandamus, defendant appeals. Affirmed.

*Teigen & Davis,* for Appellant.

*Caldwell & Caldwell,* for Respondent.

PER CURIAM.  Appeal from an order overruling defendant's demurrer to plaintiff's alternative writ of mandamus made and entered November 4, 1918. Notice of appeal was filed in this court December 17, 1918. Thereafter by four separate written stipulations filed in this court appellant's time for serving and filing briefs was extended to May 1, 1919. No appeal record or briefs have been filed, and no stipulation for further extension of time for serving briefs has been filed. Appellant is therefore in default.

The order of the trial court appealed from is affirmed.